## 63041. MEEKS v. THE STATE.

BANKE, Judge.
The evidence presented at the defendant's probation revocation hearing more than satisfied the "slight evidence" standard applicable in such proceedings. See *Pinkston v. State*, 151 Ga. App. 566 (260 SE2d 771) (1979).
*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED DECEMBER 4, 1981.

*C. Deen Strickland, District Attorney, Richard E. Currie, Assistant District Attorney*, for appellee.

## 63059. SHAW v. CHRISTIAN CITY, INC. et al.

BANKE, Judge.
The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED DECEMBER 4, 1981.

*J. Dunham McAllister*, for appellant.
*Lanier Randall*, for appellees.